1  Anthony M. Keats (Bar No. 123672)
   akeats@kmwlaw.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
3  Konrad K. Gatien (Bar No. 221770)
   kgatien@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
5  9720 Wilshire Boulevard
   Penthouse Suite
6  Beverly Hills, California 90212
   Telephone: (310) 248-3830
7  Facsimile: (310) 860-0363

8  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.

FILED
CLERK U.S DISTRICT COURT
FEB 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A., | Case No.: SACV 08-736 AG (MLGx) |
| Plaintiff, | **FINAL JUDGMENT UPON CONSENT WITH RESPECT TO DEFENDANTS** |
| v. | |
| MOB, INC., a California corporation, TILLY'S, INC., a California corporation, and JOHN DOES 1-10, | |
| Defendants. | |

1   Plaintiff, Louis Vuitton Malletier, S.A. (hereinafter "Louis Vuitton" or
2  "Plaintiff"), having filed a Complaint in this action charging defendants MOB, Inc.
3  and Tilly's, Inc., with federal trademark counterfeiting, federal trademark
4  infringement, federal false designation of origin, federal trademark dilution, state
5  statutory and common law trademark counterfeiting, infringement and unfair
6  competition, state statutory unfair competition, state statutory and common law
7  trademark dilution, and constructive trust, and the parties desiring to settle the
8  controversy between them, it is

9   **ORDERED, ADJUDGED AND DECREED** as between the parties that:

10   1.   This Court has jurisdiction over this matter pursuant to 15 U.S.C. §§
11  1116(a) and 1121; 28 U.S.C. § 1331, and § 1338(a) and (b); and 28 U.S.C. § 1367.
12  Venue in this district is proper pursuant to 28 U.S.C. §§ 1391 (b), and (c). Defendants
13  agree that they have been duly served with notice of this action and do not contest
14  service or jurisdiction.

15   2.   Louis Vuitton is organized and existing under the laws of France, with its
16  principal place of business in Paris, France. Louis Vuitton is the sole and exclusive
17  distributor in the United States of goods bearing the Louis Vuitton Trademarks
18  (defined below).

19   3.   Louis Vuitton is the owner of, *inter alia*, all rights in and to the following
20  trademark applications and registrations:

| Mark | Registration / Serial No. | Date of Registration |
|---|---|---|
| LV and Design | 2,399,161 | October 31, 2000 |
| Flower Design | 2,181,753 | August 18, 1998 |
| Flower Design | 2,177,828 | August 4, 1998 |
| Flower Design | 2,773,107 | October 14, 2003 |

The Louis Vuitton's trademarks above are hereinafter collectively referred to as
the "Louis Vuitton Trademarks." True and correct copies of the Certificates of

Registration issued by the United States Patent and Trademark Office evidencing the above-referenced federal trademark registrations are attached to the Complaint and identified as Exhibit 1.

4. The Louis Vuitton Trademarks are in full force and effect; and the trademarks thereof and the goodwill of Plaintiff's businesses in connection with which the trademarks are used have never been abandoned.

5. Chad Schoeman represents and warrants that he was and is the owner of, and the conscious, active and driving force dominating and controlling, the defendant identified in the Complaint as MOB Inc., that at all times relevant hereto MOB Inc. was a d/b/a of O C Grease, Inc., that at all times relevant hereto Chad Schoeman d/b/a O C Grease, Inc. and MOB Inc. had been doing business in this judicial district and the State of California from his principal place of business located at 17060 Hidden Trails Lane, Riverside, California 92503 (Chad Schoeman, O C Grease, Inc. and MOB Inc. are hereinafter collectively referred to as "OCG").

6. World of Jeans & Tops represents and warrants that it is the party incorrectly identified in the Complaint as Tilly's, Inc., that except for this misidentification World of Jeans & Tops should have been named as the proper defendant in the Complaint, that World of Jeans & Tops has a principal place of business located at 10 Whatney, Irvine, California 92618, that "Tilly's" is a d/b/a or fictitious business entity of World of Jeans & Tops, and that World of Jeans & Tops is and has been doing business at all times relevant hereto as Tilly's in this judicial district and the State of California (World of Jeans & Tops and Tilly's are hereinafter collectively referred to as "Tilly's"). OCG and Tilly's are herein collectively referred to as "Defendants."

7. Plaintiff alleges that Defendants have sold merchandise wrongfully bearing counterfeits of the Louis Vuitton Trademarks (the "Offending Goods"). Defendants enter into this Judgment without admitting liability.

8. Defendants and ~~their predecessors and successors in interest, related entities and assigns and their respective officers, directors, managers, employees, shareholders, agents, representatives and~~ attorneys *all signing ~~the~~ the Consent below* agree to be contractually enjoined and are immediately and permanently enjoined and restrained throughout the world from:

    (a)    using any reproduction, counterfeit, copy or colorable imitation of the Louis Vuitton Trademarks on any goods;

    (b)    engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, and/or members of the public to believe that the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved, or licensed by Plaintiff, or are in some way connected or affiliated with Plaintiff;

    (c)    affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff;

    (d)    infringing the Louis Vuitton Trademarks by manufacturing, importing, producing, distributing, circulating, marketing, advertising, promoting, offering for sale, selling, displaying or otherwise disposing of any products bearing any simulation, reproduction, counterfeit, infringement, copy or colorable imitation of the Louis Vuitton Trademarks;

    (e)    using any simulation, reproduction, counterfeit, infringement, copy or colorable imitation of the Louis Vuitton Trademarks in

        connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff, or to any goods sold, manufactured, sponsored or approved by, or connected with Plaintiff;

(f) making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can or is likely to lead the trade or public; or individual members thereof, to believe that any products manufactured, distributed or sold by Defendants are in any manner associated or connected with Plaintiff, or are sold, manufactured, licensed, sponsored, approved or authorized by Plaintiff;

(g) directly or indirectly causing the dilution, blurring or tarnishment of the Louis Vuitton Trademarks or using any other name or trademark likely to cause dilution, blurring or tarnishment of any of the Louis Vuitton Trademarks;

(h) directly or indirectly copying or appropriating any valid intellectual property rights of Louis Vuitton throughout the world including, but not limited to, trademarks, copyrights, design patents, trade dress or luggage, handbags, shoes, apparel, or accessory designs;

(i) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the above-described acts; and

(j) damaging Plaintiff's goodwill, reputation and/or business by engaging in any of the conduct herein enjoined.

9. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the settlement agreement between the parties, this Judgment, the enforcement thereof and the punishment of any violations thereof.

10. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

11. The Court expressly determines that there is no just reason for delay in entering this Judgment, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against Defendant.

Dated: **FEBRUARY 22, 2009** Santa Ana, California.

_____
Hon. Andrew J. Guilford
United States District Judge

-5-

1  Presented by:
2  ANTHONY M. KEATS
   DAVID K. CAPLAN
3  KONRAD K. GATIEN
   KEATS McFARLAND & WILSON LLP
4  9720 Wilshire Boulevard, Penthouse Suite
   Beverly Hills, California 90212
5  (310) 248-3830

6
7  _____
   Konrad K. Gatien
8  Attorneys for Plaintiff
   Louis Vuitton Malletier, S.A.
9
10
11                    **CONSENTS**
12     The undersigned hereby consent to the entry of the Final Judgment Upon
13  Consent.
14
15  Dated: December ____, 2008              OCG
16
17                                  By: _____
18
19
20                                  Its: _____
21
22
23  Dated: December ____, 2008              TILLY'S
24
25                                  By: _____
26
27
                                    Its: _____
28

-6-

Presented by:

ANTHONY M. KEATS
DAVID K. CAPLAN
KONRAD K. GATIEN
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
(310) 248-3830

_____
Konrad K. Gatien
Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.

## CONSENTS

The undersigned hereby consent to the entry of the Final Judgment Upon Consent.

Dated: December 30, 2008        OCG

By: _____[signature]_____

Its: President

Dated: December ___, 2008        TILLY'S

By: _____

Its: _____

-6-

1 | Presented by:

2 | ANTHONY M. KEATS
DAVID K. CAPLAN
3 | KONRAD K. GATIEN
KEATS McFARLAND & WILSON LLP
4 | 9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
5 | (310) 248-3830

6

7
_____
Konrad K. Gatien
8 | Attorneys for Plaintiff
Louis Vuitton Malletier, S.A.
9

10

11 | **CONSENTS**

12 | The undersigned hereby consent to the entry of the Final Judgment Upon

13 | Consent.

14

15 | Dated: December ___, 2008                OCG

16

17 |                                          By: _____

18

19

20 |                                          Its: _____

21

22

23 | Dated: December 23, 2008                 TILLY'S

24

25 |                                          By: *Bill Langsdorf* (signed)
                                              BILL LANGSDORF
26

27 |                                          Its: SVP & CFO

28

-6-